# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.   **SACR 08-280 JVS**                                        Date   April 25, 2011

Present: The Honorable        James V. Selna

Interpreter        Not Needed

| Karla J. Tunis | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **2.   Armando Reyes Vera** | **NOT** | **X** | | **2. Kenneth Reed** | **NOT** | **X** | |

Proceedings:        (IN CHAMBERS)        Order Setting Hearing on Defendant's
                                         Motion for Appointment of New Counsel

The Court sets the hearing on the defendant's Ex Parte Motion for Appointment of New Counsel for Monday, May 2, 2011 at 9:00 a.m.

|  | 00 | : | 00 |
|---|---|---|---|

Initials of Deputy Clerk    kjt